# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTOBAL CHAVEZ-ROCHA,<br><br>Defendant. | Case No. 1:17-cr-00141-DAD-BAM<br><br>ORDER REQUIRING COUNSEL KEVIN LITTLE TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR<br><br>DEADLINE: SEPTEMBER 15, 2017 |

Defendant Cristobal Chavez-Rocha was scheduled for a status conference on September 11, 2017, and when the matter was called Defendant's counsel was not present for the 1:00 p.m. status conference. When the Court called the case a second time, Mr. Torres had been able to contact Mr. Little's office to inquire as to whereabouts and appeared for Defendant at the status conference. However, Mr. Torres was unable to provide a reason for Mr. Little's non-appearance. The Court shall require counsel to show cause why sanctions should not issue for his failure to appear on September 11, 2017.

Accordingly, counsel Kevin Little is ORDERED TO SHOW CAUSE why sanctions should not be issued against him for the failure to appear on the date and time set for the status conference. Counsel Kevin Little SHALL FILE a response to this Order to Show Cause by **September 15, 2017** to SHOW CAUSE why sanctions should not be issued.

IT IS SO ORDERED.

Dated: **September 11, 2017**

UNITED STATES MAGISTRATE JUDGE

1