# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTOBAL CHAVEZ-ROCHA,<br><br>　　　　　　Defendant. | CASE No. 1:17-cr-00141-DAD-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 10, 11) |

On September 11, 2017, the undersigned issued an order to show cause why sanctions should not issue for defense counsel's failure to appear for a status conference. Counsel submitted a response to the order the same date.

In his response, counsel states that he had an unexpectedly long delay in a state court matter that ended up keeping him in court all morning and caused him to reschedule and seek coverage in multiple cases, including this matter. However, the Court notes that counsel did not "seek" coverage in this matter. Counsel was not present and had not arranged for coverage for this matter. It was only after a second calling of the case that Counsel David Torres notified the court that he contacted counsel's office in the interim regarding counsel's failure to appear and that arrangements were then made for Mr. Torres to appear for the defendant.

The Court is aware that there are times where matters will conflict or take longer than expected, but it is counsel's responsibility to inform the Court if he is unable to attend and

1

reschedule an appearance or make arrangements for coverage prior to the case being called. The Court shall discharge the order to show cause in this instance, but advises counsel that in the future arrangments need to be made prior to the time required for his appearance.

Based on the foregoing, the order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **September 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE